UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDER HAMILTON,

    Plaintiff,

v.

CHAD VORCE, et al.,

    Defendants.

_____/

Case No. 1:22-cv-336

HON. JANE M. BECKERING

# ORDER

This is a civil action.  Defendants City of DeWitt, Clyde Smith, and Bruce Ferguson filed a Motion to Dismiss (ECF No. 32).  Defendant Chad Vorce also filed a Motion to Dismiss (ECF No. 54).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 58) on December 12, 2025, recommending that the motions be granted and that this case be dismissed with prejudice.  The Report and Recommendation was duly served on the parties that have appeared to date.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 58) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions to Dismiss (ECF Nos. 32 & 54) are GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this case is DISMISSED with prejudice.

A Judgment will be entered consistent with this Order.

Dated: January 6, 2026

 /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge